✎ AO 246 (Rev. 10/03) Order of Probation

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

CLARENCE MACK, JR.

## ORDER OF PROBATION
## UNDER 18 U.S.C. § 3607

CASE NUMBER:   3:06MJ110/MD

The defendant having been found guilty of an offense described in 21 U.S.C. 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED** that the defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of _____1 year_____ without a judgment of conviction first being entered. The defendant shall comply with the conditions of probation set forth on the next page of this Order, and the following special conditions:

The defendant:

1) Shall undergo drug testing, including but not limited to urinalysis.

_____
Signature of Judge

_____Miles Davis, U. S. Magistrate Judge_____
Name and Title of Judge

## CONSENT OF THE DEFENDANT

I have read the proposed Order of Probation Under 18 U.S.C. § 3607 and the Conditions of Probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

I also understand that, if I have not violated any condition of my probation, the Court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation before the expiration of the term of probation, or (2) shall dismiss the proceedings and discharge me from probation at the expiration of the term of probation.

_____
Signature of Defendant

_____
Signature of Defense Counsel

_____January 22, 2007_____
Date

Thomas Keith
Printed Name of Defense Counsel

07 JAN 22  AM 9: 21

FILED